LEON BEHAR et al., Appellants, v GLICKENHAUS WESTCHESTER DEVELOPMENT, INC., Respondent.

Submitted April 27, 2015; decided June 10, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

GERARD CORSINI, Appellant, v ELIZABETH MORGAN, Also Known as BETSY MORGAN, et al., Respondents, et al., Defendants.

Submitted April 20, 2015; decided June 10, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.